United States District Court
Southern District of Texas
**ENTERED**
August 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 4:23-CR-00037 |
| § | |
| CAMERON JOSHUA § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count 1, a presentence report is ordered.

1. By **OCTOBER 10, 2023,** the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).
2. By OCTOBER **24, 2023**, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).
3. By **NOVEMBER 7, 2023,** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).
4. Sentencing is set for **NOVEMBER 16, 10:00 a.m.** (*no sooner than 35 days from initial disclosure*).
5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.
6. The defendant must go immediately—with a copy of this order—to:

United States Probation Department Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266. If you receive this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

SIGNED: 8/11/23

Alfred H. Bennett
United States District Judge